KAREN P. HEWITT
United States Attorney
KARLA K. DAVIS
Assistant U.S. Attorney
California State Bar No. 172085
516 Industry Way, Ste. C
Imperial, California 92251-7501
Telephone: (760) 370-0873

Attorneys for Plaintiff
United States of America

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

ORDERED SEALED BY COURT
unsealed 8/12/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>2952 40th Street,<br>San Diego, California, 92105 | Case No. '08 MJ 8425<br><br>ORDER SEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, a continuing criminal investigation;

IT IS HEREBY ORDERED that the application for search warrant with supporting documents, the application, and affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: 5-15-08.

[signature]
PETER C. LEWIS
U.S. Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

[signature]
KARLA K. DAVIS
Assistant U.S. Attorney