KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE (SBN 186772)
Assistant U.S. Attorneys
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8800
Telephone: (619) 557-7859

Attorneys for Plaintiff
United States of America

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2952 40th STREET<br>SAN DIEGO, CALIFORNIA | Case No. 08MJ8425<br><br>MOTION TO UNSEAL AND ORDER THEREON |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application, affidavit and warrant return in the above-referenced case, so that the application,

//

//

//

//

//

//

//

//

//

affidavit, and return will be available in discovery in Criminal Case No. 08-CR-1895.

DATED: August 12, 2008

KAREN P. HEWITT
United States Attorney

John A. Weis for

WILLIAM P. COLE
Assistant U.S. Attorney

ORDER

Good cause appearing, IT IS HEREBY ORDERED that the search warrant application, affidavit, and return in Case No. 08MJ8425 be unsealed.

8-12-08
DATED

HONORABLE PETER C. LEWIS
United States Magistrate Judge